| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8/25/2021 |
| MUHARREM BALKANLI,<br><br>      Plaintiff,<br><br>-against-<br><br>STEPHEN KNATZ; BEKIM DUSHAJ; CARMEN DIMARTINO; LIN_Z AUTO SERVICES INC.; LOUI MONICO; ABC TOWING; SOUTH HACKENSACK POLICE DEPARTMENT; EDGEWATER POLICE DEPARTMENT; MUNICIPALITY OF SOUTH HACKENSACK, OF BERGEN COUNTY; MUNICIPALITY OF EDGEWATER, OF BERGEN COUNTY; AND; THE STATE OF NEW JERSEY,<br><br>      Defendants. | 21-CV-5866 (GHW)<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

  On July 9, 2021, the Court ordered this case transferred to the United States District Court for the District of New Jersey, and Plaintiff's miscellaneous case filed in the United States District Court for the Southern District of New York, 1:21-mc-507-GHW, was closed. Dkt. Nos. 1, 4. Thus, the Southern District of New York no longer has jurisdiction to decide any issues in Plaintiff's miscellaneous case. *See Drabik v. Murphy*, 246 F.2d 408, 409 (2d Cir. 1957) (holding that district court did not have jurisdiction to rule on motion following physical transfer of case). Accordingly, the Clerk of Court should no longer accept filings for this miscellaneous case, and should instead direct any such filings to the District of New Jersey.

  SO ORDERED.

Dated: August 25, 2021
     New York, New York

                   _____
                     GREGORY H. WOODS
                    United States District Judge